UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEPHANIE MUSIC,<br><br>      Plaintiff,<br><br>v.<br><br>KANYE WEST,<br><br>      Defendant. | Case No. 22-12669<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 7) AND DISMISSING PLAINTIFF'S COMPLAINT (ECF NO. 1)**

  Plaintiff Stephanie Music filed this *pro se* complaint against defendant. ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial purposes and specifically for screening to determine if the complaint should be summarily dismissed under 28 U.S.C. § 1915(e)(2)(B). ECF No. 6.

  On March 16, 2023, the assigned magistrate judge issued a report and recommendation (R&R). ECF No. 7. The R&R recommends that the Court summarily dismiss plaintiff's complaint for failure to comply with Federal Rule of Civil Procedure 8(a) and thus for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

Parties must file objections within fourteen days of when the R&R is filed. Fed. R. Civ. P. 72(b)(2); 28 U.S.C. § 636(b)(1)(C). The magistrate judge's R&R contained the notice that objections must be filed within fourteen days as required by statute. ECF No. 7, PageID.21-22; 28 U.S.C. § 636(b)(1)(C). Plaintiff did not file objections.[1]

Because no objections were filed, de novo review of the R&R's conclusions is not required. The Court has reviewed the record and the R&R is hereby **ADOPTED** and entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint (ECF No. 1) is **DISMISSED**.

Dated: April 21, 2023

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

---

[1] The docket reflects that the copies of the order granting plaintiff's IFP application and the R&R mailed to plaintiff were returned as undeliverable. ECF Nos. 8, 9. That plaintiff apparently failed to notify the Court of a change in address, as she was required to do, provides an additional basis for dismissal. *See* ECF No. 4.